■ In the Matter of ROBERT M. MORGENTHAU, Petitioner, v SOLOMON KATZ et al., Respondents. — Application in the nature of a writ of mandamus unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Carro and Kassal, JJ.

■ AMERICAN HOME ASSURANCE Co. et al., Respondents, v FLUSHING SAVINGS BANK et al., Respondents; LINCOLN SAVINGS BANK, Appellant, and MORTGAGEE AFFILIATES CORP., Additional Party with Respect to Cross Claim-Respondent. LINCOLN SAVINGS BANK, Defendant and Third-Party Plaintiff-Appellant, v MERRITT HARRIS, INC., Third-Party Defendant-Respondent. In the Matter of LINCOLN SAVINGS BANK, Petitioner, v IRVING KIRSCHENBAUM, Respondent. — Proceeding seeking an order in the nature of a writ of prohibition and an appeal by Lincoln Savings Bank from order, Supreme Court, New York County, entered on January 11, 1983 (Kirschenbaum, J.), unanimously withdrawn, as indicated in the parties' stipulation dated March 10, 1983. Concur — Ross, J. P., Fein, Milonas and Alexander, JJ.

■ EQUITABLE PETROLEUM CORPORATION, Appellant, v E. F. HUTTON & COMPANY, INC., Respondent. — Resettled order, Supreme Court, New York County (Ascione, J.), entered on October 15, 1982, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of said court (Kassal, J.), entered on August 5, 1982, dismissed as academic, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Fein and Alexander, JJ.

■ NORMAN ALLAN, Appellant, v KENNETH I. WILPON et al., Defendants, and MIAMI NATIONAL BANK, Respondent. — Order, Supreme Court, New York County (Maresca, J.), entered on March 8, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Judgment of said court, entered on March 25, 1982, unanimously modified, without costs and without disbursements, to dismiss the complaint without prejudice. Since the plaintiff was improperly served, the dismissal should have been without prejudice. No opinion. Concur — Sandler, J. P., Carro, Fein, Kassal and Alexander, JJ.

■ NATHAN J. WALDMAN, Appellant, v MYRA S. WALDMAN, Respondent. — Judgment, Supreme Court, New York County (Smith, J.), entered on December 29, 1981, unanimously affirmed, without costs and without disbursements, for the reasons stated by Smith, J. Concur — Kupferman, J. P., Sandler, Fein, Lynch and Alexander, JJ.